
SLIP OPINION

Cite as 2015 Ark. 201

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE FOUNDATION, INC. | **Opinion Delivered** May 7, 2015 |

## PER CURIAM

Frank Sewall, Esq., of Little Rock is reappointed to the Board of Directors of the Arkansas Access to Justice Foundation, Inc., for a three-year term to expire on April 30, 2018. We thank Mr. Sewall for accepting reappointment to the board and for his work in this important endeavor.